ORIGINAL

FILED

03/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0238

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0238

IN THE MATTER OF THE JUDICIAL
NOMINATION COMMISSION

FILED

MAR 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

The term of Karl Englund, one of the appointees of the Montana Supreme Court to the Judicial Nomination Commission, has expired. The Court thanks Mr. Englund for his dedicated service to the Commission, to this Court, and to the people of Montana. Mr. Englund has expressed his willingness to be reappointed to the Commission.

IT IS ORDERED that Karl Englund is hereby reappointed to the Judicial Nomination Commission for a four-year term expiring on December 31, 2023.

The Clerk is directed to mail a certified copy of this Order to the Secretary of State of the State of Montana.

The Clerk is further directed to provide copies of this Order to Karl Englund, to the Governor of the State of Montana, to members of the Judicial Nomination Commission, to the Office of the Court Administrator, and to the State Bar of Montana.

DATED this 10th day of March, 2020.

_____
Chief Justice

_____

_____

_____

_____

_Ingrid Gustaf_

_Jim Rice_

Justices